SAMUEL SCHOEN, Respondent, *v.* SAMUEL W. STOLOFF, Defendant, and ESTHER BERNSTEIN, Appellant.

(Submitted January 10, 1930; decided February 11, 1930.)

*Charles Pearle* and *Joseph J. Schwartz* for appellant. *Irving Moldauer* and *Leonard F. Manheim* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.